

# Haitham Salah

## Tax Summary for 2024/4

Thanks for doing driving with Uber in 2024/4. Below is a breakdown of your earnings over the month that may help you file your taxes.

| Driving Totals | 238 | 2,186 |
|---|---|---|
| Online Miles shows all of the miles you drove while online, including off trip miles. | COMPLETED TRIPS | ONLINE MILES |



### Your Gross Payment

Total Trip Earnings from Uber plus any other additional earnings

| Reportable Payments | |
|---|---|
| Gross Trip Earnings | + $7,324.40 |
| Total Additional Earnings | + $411.14 |
| | **$7,735.54** |

### Expenses, Fees and Tax

Expenses, Fees and Tax. For a complete breakdown, please refer to table 1 on page 2.

| | |
|---|---|
| Expenses, Fees and Tax | + $3,140.11 |
| | **$3,140.11** |

### Your Net Payout

**Not for tax filing purposes.** This amount represents what was paid in your bank account.

| | |
|---|---|
| Net Earnings | + $4,257.00 |
| Reimbursements: Tolls, Airport fees and Surcharges | + $338.43 |
| | **$4,595.43** |

This is not an official tax document. Uber does not offer any tax advice.

Check with a tax professional or go to t.uber.com/taxes-faq for more information



# Haitham Salah

## Tax Summary for 2024/4

### Table 1 - Expenses, Fees, Tax and Reimbursement

All items marked with a* may be tax deductible. Your online mileage may also be deductible. Need help filing? Get help from the tax experts. Visit t.uber.com/turbotax or consult a tax professional for more information.

| Expenses, Fees and Tax | |
|---|---|
| Uber service fee/other adjustments* | $1,980.08 |
| Booking fee* | $243.24 |
| Airport and city fees collected* | $272.50 |
| Sales tax and other taxes* | $644.29 |
| **Reimbursements** | |
| Tolls, airport fees and surcharges* | $338.43 |
| **TOTAL EXPENSES, FEES, TAX AND REIMBURSEMENTS** | **$3,478.54** |

"Uber Service Fee / Other Adjustments" includes both the Uber Service Fee and certain other items such as: 1) pricing adjustments due to Uber-provided rider promotions, or 2) differences between the rider's upfront price and your earnings.

### Table - 2 Additional Payments from Uber or Subsidiaries

| | |
|---|---|
| Incentives | $411.14 |
| Other Miscellaneous Payment | $0.00 |
| **TOTAL ADDITIONAL EARNINGS** | **$411.14** |

This is not an official tax document. Uber does not offer any tax advice.

Check with a tax professional or go to t.uber.com/taxes-faq for more information.



# Haitham Salah



## Tax Summary for 2023/12

Thanks for doing driving with Uber in 2023/12. Below is a breakdown of your earnings over the month that may help you file your taxes.

### Driving Totals

Online Miles shows all of the miles you drove while online, including off trip miles.

306

COMPLETED TRIPS

3,139

ONLINE MILES



### Your Gross Payment

Total Trip Earnings from Uber plus any other additional earnings

| Reportable Payments | |
|---|---|
| Gross Trip Earnings | + $10,207.04 |
| Total Additional Earnings | + $797.71 |

**$11,004.75**



### Expenses, Fees and Tax

Expenses, Fees and Tax. For a complete breakdown, please refer to table 1 on page 2.

| | |
|---|---|
| Expenses, Fees and Tax | + $4,248.36 |

**$4,248.36**

### Your Net Payout

**Not for tax filing purposes.** This amount represents what was paid in your bank account.

| | |
|---|---|
| Net Earnings | + $6,234.08 |
| Reimbursements: Tolls, Airport fees and Surcharges | + $522.31 |

**$6,756.39**

This is not an official tax document. Uber does not offer any tax advice.

Check with a tax professional or go to t.uber.com/taxes-faq for more information



# Haitham Salah



## Tax Summary for 2023/12

### Table 1 - Expenses, Fees, Tax and Reimbursement

All items marked with a * may be tax deductible. Your online mileage may also be deductible. Need help filing? Get help from the tax experts. Visit t.uber.com/turbotax or consult a tax professional for more information.

| Expenses, Fees and Tax | |
|---|---|
| Uber service fee/other adjustments* | $2,949.35 |
| Booking fee* | $20.50 |
| Airport and city fees collected* | $387.50 |
| Sales tax and other taxes* | $870.61 |
| Instant pay charges* | $20.40 |
| **Reimbursements** | |
| Tolls, airport fees and surcharges* | $522.31 |
| **TOTAL EXPENSES, FEES, TAX AND REIMBURSEMENTS** | **$4,770.67** |

"Uber Service Fee / Other Adjustments" includes both the Uber Service Fee and certain other items such as: 1) pricing adjustments due to Uber-provided rider promotions, or 2) differences between the rider's upfront price and your earnings.

### Table - 2 Additional Payments from Uber or Subsidiaries

| | |
|---|---|
| Incentives | $797.42 |
| Other Miscellaneous Payment | $0.29 |
| **TOTAL ADDITIONAL EARNINGS** | **$797.71** |

This is not an official tax document. Uber does not offer any tax advice.

Check with a tax professional or go to t.uber.com/taxes-faq for more information.



[illegible]

[illegible]

[illegible]

# Haitham Salah



## Tax Summary for 2023/11

Thanks for doing driving with Uber in 2023/11. Below is a breakdown of your earnings over the month that may help you file your taxes.

### Driving Totals

Online Miles shows all of the miles you drove while online, including off trip miles.

| 248 | 2,682 |
|---|---|
| COMPLETED TRIPS | ONLINE MILES |



### Your Gross Payment

Total Trip Earnings from Uber plus any other additional earnings

**Reportable Payments**

| | |
|---|---|
| Gross Trip Earnings | + $8,503.46 |
| Total Additional Earnings | + $577.75 |
| | **$9,081.21** |



### Expenses, Fees and Tax

Expenses, Fees and Tax. For a complete breakdown, please refer to table 1 on page 2.

| | |
|---|---|
| Expenses, Fees and Tax | - $3,465.53 |
| | **$3,465.53** |

### Your Net Payout

**Not for tax filing purposes.** This amount represents what was paid in your bank account.

| | |
|---|---|
| Net Earnings | + $5,176.74 |
| Reimbursements: Tolls, Airport fees and Surcharges | + $438.94 |
| | **$5,615.68** |

This is not an official tax document. Uber does not offer any tax advice.

Check with a tax professional or go to t.uber.com/taxes-faq for more information



# Haitham Salah

## Tax Summary for 2023/11

### Table 1 - Expenses, Fees, Tax and Reimbursement

All items marked with a * may be tax deductible. Your online mileage may also be deductible. Need help filing? Get help from the tax experts. Visit t.uber.com/turbotax or consult a tax professional for more information.

| Expenses, Fees and Tax | |
|---|---|
| Uber service fee/other adjustments* | $2,383.63 |
| Booking fee* | $0.50 |
| Split fare fee* | $0.50 |
| Airport and city fees collected* | $316.25 |
| Sales tax and other taxes* | $745.95 |
| Instant pay charges* | $18.70 |
| **Reimbursements** | |
| Tolls, airport fees and surcharges* | $438.94 |
| TOTAL EXPENSES, FEES, TAX AND REIMBURSEMENTS | **$3,904.47** |

"Uber Service Fee / Other Adjustments" includes both the Uber Service Fee and certain other items such as: 1) pricing adjustments due to Uber-provided rider promotions, or 2) differences between the rider's upfront price and your earnings.

### Table - 2 Additional Payments from Uber or Subsidiaries

| | |
|---|---|
| Incentives | $577.75 |
| TOTAL ADDITIONAL EARNINGS | **$577.75** |

This is not an official tax document. Uber does not offer any tax advice.

Check with a tax professional or go to t.uber.com/taxes-faq for more information.