# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−8 | User: admin | Date Created: 05/08/2024 |
| Case: 8−24−71793−las | Form ID: 309A | Total: 34 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Haitham Y. Salah | 416 Berg Avenue    East Meadow, NY 11554 |
| tr | Andrew M Thaler | Andrew M. Thaler, Trustee    c/o Cullen and Dykman LLP    The Omni    333 Earle Ovington Blvd., 2nd Fl    Uniondale, NY 11553 |
| aty | Kamini Fox | Kamini Fox, PLLC    825 East Gate Blvd.    Suite 308    Garden City, NY 11530 |
| smg | NYS Department of Taxation & Finance | Bankruptcy Unit    PO Box 5300    Albany, NY 12205 |
| smg | NYS Unemployment Insurance | Attn: Isolvency Unit    Bldg. #12, Room 256    Albany, NY 12240 |
| smg | NYC Department of Finance | 345 Adams Street    Office of Legal Affairs    Brooklyn, NY 11201−3719 |
| smg | United States Trustee | Office of the United States Trustee    Long Island Federal Courthouse    560 Federal Plaza    Central Islip, NY 11722−4437 |
| 10341102 | Amex | Correspondence/Bankruptcy    PO Box 981540    El Paso, TX 79998−1540 |
| 10341101 | Amex | PO Box 981537    El Paso, TX 79998−1537 |
| 10341104 | Bank of America | Attn: Bankruptcy    4909 Savarese Cir    Tampa, FL 33634−2413 |
| 10341103 | Bank of America | PO Box 982238    El Paso, TX 79998−2238 |
| 10341107 | CESC − Covid EIDL Service Center | 14925 Kingsport Rd.    Fort Worth, TX 76155 |
| 10341106 | Capital One | Attn: Bankruptcy    PO Box 30285    Salt Lake City, UT 84130−0285 |
| 10341105 | Capital One | PO Box 31293    Salt Lake City, UT 84131−0293 |
| 10341109 | Citibank | Citicorp Cr Srvs/Centralized Bankruptcy    PO Box 790040    Saint Louis, MO 63179−0040 |
| 10341108 | Citibank | PO Box 6217    Sioux Falls, SD 57117−6217 |
| 10341111 | Credit One Bank | Attn: Bankruptcy Department    6801 S Cimarron Rd    Las Vegas, NV 89113−2273 |
| 10341110 | Credit One Bank | PO Box 98872    Las Vegas, NV 89193−8872 |
| 10341113 | Discover Financial | Attn: Bankruptcy    PO Box 3025    New Albany, OH 43054−3025 |
| 10341112 | Discover Financial | PO Box 30939    Salt Lake City, UT 84130−0939 |
| 10341115 | EMVLP | Attn: Bankruptcy    1 State Farm Plz    Bloomington, IL 61710−0001 |
| 10341114 | EMVLP | PO Box 2313    Bloomington, IL 61702−2313 |
| 10341117 | Goldman Sachs Bank USA | Attn: Bankruptcy    PO Box 70379    Philadelphia, PA 19176−0379 |
| 10341116 | Goldman Sachs Bank USA | PO Box 6112    Philadelphia, PA 19115−6112 |
| 10341118 | Jpmcb Card | PO Box 15369    Wilmington, DE 19850−5369 |
| 10341120 | Syncb/Old Navy | Attn: Bankruptcy    PO Box 965060    Orlando, FL 32896−5060 |
| 10341119 | Syncb/Old Navy | PO Box 8803    Wilmington, DE 19899−8803 |
| 10341122 | Synchrony Bank/Amazon | Attn: Bankruptcy    PO Box 965060    Orlando, FL 32896−5060 |
| 10341121 | Synchrony Bank/Amazon | PO Box 71737    Philadelphia, PA 19176 |
| 10341123 | Teachers Federal Credit Union | 102 Motor Pkwy    Hauppauge, NY 11788−5147 |
| 10341124 | Teachers Federal Credit Union | Attn: Bankruptcy    PO Box 9005    Smithtown, NY 11787−9005 |
| 10341125 | U.S. Small Business Administration | P.O. Box 3918    Portland, OR 97208 |
| 10341127 | Wells Fargo Bank NA | Attn: Bankruptcy    1 Home Campus    # MAC X2303−01A FL 3    Des Moines, IA 50328−0001 |
| 10341126 | Wells Fargo Bank NA | PO Box 393    Minneapolis, MN 55480−0393 |

TOTAL: 34